UNITED   STATES   DISTRICT   COURT

DISTRICT OF CONNECTICUT

LISHAN WANG, Plaintiff,

V.


ANGEL QUIROS, COMMISSIONER,
    DEPARTMENT OF CORRECTION(DOC)
    STATE OF CONNECTICUT

NED LAMONT, GOVERNOR,
    STATE OF CONNECTICUT(CT)

REIS, WARDEN,
    CHESHIRE CORRECTIONAL INSTITUTION(CCI)
    DOC, CT

VINCENT SANTAVENERE, CHIEF(CHNP),
    MEDICAL CLINIC, CCI, DOC, CT

RICHARD WILLIAMS, DOCTOR,
    MEDICAL CLINIC, CCI, DOC, CT

ILENE, NURSE,
    MEDICAL CLINIC, CCI, DOC, CT

EMMY, NURSE,
    MEDICAL CLINIC, CCI, DOC, CT

Defendants

COMPLAINT      CIVIL

ACTION NO._____

DATE: _MAY 2_____, 2023

SCANNED at
and Emailed
_5.3.23_ by _CCS_ . _34_ pages
  date    initials  No.

Date: May 3 , 2023

From: Mr. Lishan Wang, #375805
      Cheshire CI
      900 Highland Avenue
      Cheshire, CT 06410

TO:   Honorable Judge
      Office of the Clerk
      U.S. District Court
      450 Main Street
      Hartford, CT 06103

RE:   Filing a new civil complaint


Dear Hon. Judge and Clerk,

I am filing a new civil suit against DOC. Enclosed please find a copy of the Complaint.
I am an indigent prisoner. Could you please kindly waive my court fee? Please send me the
forms for proceeding in forma pauperis. Currently I've pending case at court as indigent.

I am humbly looking forward to hearing from the court at your convenience.

Respectfully submitted,

Lishan Wang

Lishan Wang, Plaintiff


Encls.

1. Initial Complaint
2. Motion to Proceed in forma Pauperis

## I.  JURISDICTION  &  VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the CONSTITUTION OF THE UNITED STATES. The U.S. Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure. The Eighth Amendment protects plaintiff's right to medical care. The Supreme Court of the United States(SCOTUS) explained in Estelle v. Gamble, (429 U.S. 97, 103, 1976) that "[a]n inmate must rely on prison authorities to treat his medical needs; if the authorities fail to do so, those needs will not be met." The Fourteenth Amendment protects plaintiff's right to freedom from discrimination in his housing condictions, including receiving adequate medical care.

2. The U.S. Courthouse at Hartford, Connecticut 06103 is an appropriate venue under 28 U.S. C. Section 1391 (b) (2) because it is where part of or ALL the events giving rise to this claim occurred. It is also appropriate to ask U.S. Court to uphold the rulings of SCOTUS and U.S. Constitution.

## II. PLAINTIFF

3. Plaintiff, LISHAN WANG, is and was at all times mentioned herein a prisoner of the State of Connecticut(CT) in the custody of the Onnecticut State Department of Correction(DOC). Address: Cheshire CI, 900 Highland Avenue, Cheshire, CT 06410.

## III. DEFENDANTS

4. Defendant, Angel Quiros, is the Commissioner of DOC. He is legally responsible for the overall operation of CCI and DOC. He is personally and directly involved in violation of

plaintiff's constitutional rights when he has failed to employ  adequate number of
medical staff to meet the plaintiff's and other inmates' medical needs. Address:
24 Wolcott Hill Road, Wethersfield, CT 06109.

5. Defendant, Ned Lamont, is the Governor of the State of Connecticut(CT). He is responsible
for DOC's fiscal budget in order to make sure that DOC can fulfill its duty to meet inmates
needs and maintain the safety and security of the prisons in the State of Connecticut.
Governor Lamont is personally and directly involved in violation of plaintiff's constitu-
tional rights when he had failed to employ adequate number of medical staff at DOC to
meet the inmates' minimal medical needs while touting $24 Billion/year state budget sur-
plus in his campaigning for second term of governorship in 2022, especially when the
inmate population continued to decrease in Connecticut. He lowers tax for rich people like
himself and his wife, and compromises DOC's daily operations(such as lack of staff).
Address: 210 Capitol Avenue, Hartford, CT 06106.

6. Defendant, Reis(First Name: Jennifer?), is the Warden of Cheshire CI(CI). She is respons-
ible for the overall operation of CCI. She is personally and directly involved in viola-
tion of plaintiff's constitutional rights when medical staff at CCI had deliberately been
indifferent to plaintiff's medical needs. Address: 900 Highland Avenue, Cheshire, CT 06410.

7. Defendant, Vincent Santavenere, is the Chief of Healthcare & Nurse Practioners(CHNP) at
Cheshire CI. He is responsible for the overall operation of Cheshire CI Medical Clinic to
to inmates' medical needs. He is personally and directly involved in violation of plaintiff's
constituional rights when there is not enough medical staff at CCI and ‥‥ plaintiff's med-
ical needs(boken bone, and acute bronchitis with fever, etc.) were deliberately ignored by
the medical staff at CCI. Address: 900 Highland Avenue, Cheshire, CT 06410.

8. Defendant, Richard Williams, is the only doctor at Cheshire CI with about 1500 inmates(all
numbers, dates, names in this complaint subject to further verification) who can prescribe
non-OTC medicines and who is only specialized in family medicine or internal medicine. He
is responsible for providing medical diagnoses and treatments to inmates in a timely manner
and, if necessary, referring inmates to subspecialties experts or hospital if he can

NOT treat inmates' medical conditions. He is also responsible for supervising the nursing staff in inmates medical care. Address: 900 Highland Avenue, Cheshire, CT 06410.

9. Defendant, Ilene(or Irene, name unknown! All names in this complaint subject to further verification), is a nurse at the medical clinic in Cheshire. She is responsible for taking care of inmates' medical needs when inmates request and passing inmates' requests to her supervisors(including Dr. Williams) if she can not handle inmates' medical conditions. Address: 900 Highland Avenue, Cheshire, CT 06410.

10. Defendant, EMMY(she refused to make sure plaintiff got her name correct. All names subject to further verification), is a nurse at the medical clinic in Cheshire CI. She is responsible for taking care of inmates' medical needs. Address: 900 Highland Avenue, Cheshire,CT 06410.

11. Each defendant is sued individully and in his/her official and individual capacities. At all times mentioned in this complaint each defendant acted under the color of state and federal law. As discovery proceeds after the complaint is filed at the court, corrections may be requested and more defendants or charges may be added.


## IV.  FACTS


12. On April 14, 2023(Friday) Plaintiff (or Mr. Wang hereafter) went to medical clinic at CCI. He had acute bronchitis with cough, chill, and fever since about April 6, 2023 and, he also had a broken third row fifth phalange on his left hand (left hand little finger tip section) for about 8-9 weeks which had never been set or seen by orthopedic surgeon and had been left to his own care in last three weeks.  He complained to the nurses that he had pretty bad bronchitis since "last week"(before April 6, 2023, Thursday, the day it is his housing unit South Block One or SB1's turn to sign up for urgent care) and he had signed up on 04/06/23 for urgent care, but nobody called him. He also had another complaint about his broken little finger which occurred about 8 weeks ago and was still waiting to be "set"(correctly) by a surgeon and "it is getting late because the bone might have grown back and if it does NOT grow in the right position it will need to be broken again in order to set it right."

13. Nurse "EMMY" told Wang that he needed to be patient, because no one knew when the in-house surgeon would come. Wang said he was a patient for eight (8) weeks but it was "getting late because the bone might have grown back and it needs to make sure it is set right; otherwise the bone may need to be broken again". Wang further said that he also needed medical tape to keep splinter in position so the "finger won't bend again" "but last week I signed up for medical, but noone called me". Both nurses EMMY and Ilene(Spanish) immediately said "we can not give you the whole roll of tape". Wang said that he had NEVER asked them to give him the whole roll of tape, just good enough for one week for next urgent care or until you call me again "but if you don't call me I can NOT even take care of my broken finger myself." Nurse Ilene was upset with Wang's complaint, accusing Wang, "You sign up every week." Wang retorted, "I know many inmates signing up for urgent care just wanting to see you, but not me. I always have good reason to sign up for medical care." Wang wanted Ilene to check up his history of sign-ing up for urgent care and he was sure he had not signed up for urgent care every week except for last few months he had signed up more often because of the broken finger and other medical reasons. Wang also asked Ilene to check out his history of visiting medical clinic last time he was at Cheshire CI(between 2018 and 2020) and he was sure he might have seen Ilene only once." Ilene told Wang that he did not need to come to medical clinic to get medical tape; he could ask the nurse going to his unit for daily medicine dispense to give him tape. Wang told Ilene that last Saturday or Sunday night she was in his block and told him to get the tape from other nurse, but the nurse(male) later told Wang that the tape was his own tape and he was doing Wang a favor to give Wang some tape that night and suggested Wang going to medical clinic if Wang needs tape for his broken finger. Mr. Wang told Ilene that "My finger needs to be taken care of and I should not be in a nurse favor in order to take care of my finger. You should take care of my finger." Both Ilene and Emmy repeatedly told Wang that "We can not give you the whole roll of tape." Wang said "Why you keep accusing me of asking for a whole roll? I'd NEVER asked for a whole roll. You can check with other nurses who took care of my finger. I had never asked for certain amount of tape. I always took whatever

they gave me."

14. Wang then complained (he might have complained about bronchitis first!) about being sick since early last week with very bad cough which sometimes felt it was about to choke; it caused chill and might cause fever, too. "But you didn't call me when I signed up for urgent care. It has been about ten days now." Nurse EMMY asked Wang, "How do you know you have fever? Do you know the temperature?" Wang answered, "How can I know my body temperature? You didn't call me last week when I'd signed up. I felt chill and at nights I would sweat. That's why I thought I may have fever." Ilene was not happy that Wang kept saying that nobody called him. She accused Wang of signing up for urgent care every week, which Wang had denied. Emmy told Wang that she was going to give Wang medicine Mucinex. Wang cautiously asked, "Could you give me some antibiotics?" Nurse EMMY said, "No, I can not prescribe antibiotics. Only doctor can prescribe antibiotics." Wang said, "Could you ask your doctor to give me some?" Emmy said, "We only have one doctor here. And he has his own schedule, like the orthopedic surgeon. We don't know when he will be here." Wang said for several years in Cheshire he had only been seen once by doctor. He could only see nurses. It must be Governor Lamont's fault. He was touting budget surplus last year for his campaign for reelection. Emmy said she didn't know that, but for near 1,500 inmates in Cheshire there is only one doctor. Wang wanted Emmy to pass his request for antibiotics to the doctor because he might have bronchitis. EMMY asked Wang how could he know he had bronchitis. Wang said he coughed a lot with sputum. EMMY said to Wang, "You've been here for about five minutes now. And I've not heard you cough a single time." Wang said, "Maybe air is warmer here. I am not lying to you. You can ask my cellmate. Sometimes I cough so bad at night he even asked whether I was ok." Emmy said, "It may be postnasal drip." Wang said, "I could tell the sputum was coughed up from my chest. You can look at my throat. You should be able to see the redness or sign of infection." Nurse Emmy did get up to look into Wang's mouth without using light or tongue blade. Wang asked her without flash light could she see it? She must have seen something because she started to use stethoscope to listen to Wang's chest both front and back, and after finishing

the examination, she told Wang it was "clear". (Exhibit A: Wang's cellmate's Affidavit)

15. During the whole interaction between Wang and nurses Emmy & Ilene, the nurses were very negative with Wang, dismissing Wang's complaint about his signs and symptoms, and his need to take care of his broken finger. Wang asked EMMY and Ilene, "Why you are so negative and impatient with me?"

16. Wang had filed informal "complaints" or "requests" to medical clinic and Dr. Williams about it has been  many weeks since his finger was broken, about his need to get his bone set correctly, about the need to have a fitting splinter to keep the fratured finger in correct position, about his  being ignored when he signed up for urgent care(the right way recommended by DOC to request medical care). He had told them his injured finger was swollen and discolored.

17. The accusation from nurse Ilene that Wang had signed up for urgent care every week is false. And it indicates that the nurses in charge had deliberately NOT to call Wang to the medical clinic when Wang had signed up for care for his illness.

18. Ilene's deliberate indifference to Wang's medical needs(urgent care, medical tape for his broken finger) may involve the racial factor indicating she discriminated against Wang in her providing medical care to inmates at Cheshire. Wang had witnessed often that Ilene had often engaged  in hearty, casual talks with Latino inmates in Wang's housing unit. They would laugh and smile at each other pleasantly. There is nothing wrong in Ilene's treating Latino inmates nicely. However, she used false accusation against Wang to deny his need for medical care. That is discrimination.  True, many inmates might have signed up unecessarily and excessively for urgent care simply because they were attracted to Ilene or other nurses sexually. Ilene herself might even have enjoyed in that kind of attention from inmates. However, Wang  had NEVER approached Ilene in his housing unit except once on about 04/08/23 night for medical tape  to stablize the splinter on his broken finger. And Ilene didn't give Wang any tape. Instead, she referred Wang to other nurses who had not come yet. Even at medical clinic, Wang had seen Ilene no more than 5 times in total in a period of about 5 years. True, since late 2022 or early 2023, because cells in Cheshire CI had often been too cold or too hot, Wang had got sick way more often. Together with his history of high

blood pressure, and recently a broken finger, indeed Wang had signed up more often for urgent care. But that does not amount to "every week". If DOC checks out Wang's medical records, it will find out that Wang has NEVER abused the system. Instead, he had refused many times the medicines or procedures the doctors prescribed for him. In first 7-8 years of his incarceration, he had refused any blood test. At Cheshire CI he had started to refuse to see the therapist Lisa in early 2019. At MacDougall CI, he had refused many times to go to U Conn Hospital for Ultrasound. In 2011, he was cruelly tortured at DOC for not seeing doctor.

19. Wang has been taking care of his fractured finger with wrong size of splinter and re-cycled medical tape for more than 10 weeks and the broken bone had not been "set" by orth-opedic surgen yet. Initially in the first week of his finger injury, it took a few days before he could be seen by Dr. Williams. The only time he had ever been seen by an "MD" before 04/17/2023  in about five years he had been housed at Cheshire CI. And it took about one week to have his finger X-rayed! When taking X-ray, the radiology technician (a bespectacled female) was very rude to him and told him that he could refuse having his finger x-rayed if he kept saying that his neck and testicles needed to be shielded from the radiation. After his filing Health Services Administrative Remedy(4/17/23), nurses said no tape for him.

20. Similar to the situation of his broken finger, Wang was forced to take care of his cough, fever by himself with tea made from orange peels when the medical clinic deliberately neglected his request for diagnosis and treatment in the form of signing up for urgent care. In traditional Chinese medicine, herb made from dry orange peel has been used to treat infection in general. Even though 10 days after he had "bronchitis", he was seen by nurse Emmy on 04/14/23, he was in fact still being ignored and the improvement of his "bronchitis" was not the outcome of the visit to medical clinic, but the outcome of the disease running its natural course. For most infections, patients will start to recover by themselves without treatments. However, that does NOT mean the patients should be left alone without any treatment because no one can guarantee that the patients will not get worse.  And a prisoner can only rely on DOC for treatment of any diseases.

21. The unprofessionalism of the nurses at CCI is appalling. A nurse "Stacy"(Jamaican) once put the cuff on Wang's elbow to check his blood pressure. When Wang pointed it out, she

said to Wang, "You talk like a doctor. Many Chinese are doctors, but not you." On 04/14/23 nurse Emmy did not use flash light and tongue blade when she examined Wang's throat. It seems it takes eon before an inmate can get a chance for colon cancer screening. Yale Hospital System now is DOC's contracted healthcare provider. It seems the quality of service is getting worse and worse compared to that five or six years ago. And probably 99% of inmates is being handled by nurses for their medical needs. When Wang just came to DOC and being housed at Garner CI, he was always being seen by doctor for his medical needs at the medical clinic. On April 26, CCI had even sent Mr.Wang to UConn Hospital for nothing(Exhibit C).

22. Even the nurses at CCI themselves are appalled that there is only one MD doctor for nearly 1,500 inmates. And DOC is using nurses to do MD doctors' jobs. Mistakes often happen. And the DOC and nurses' knee-jerk reactions are falsifying and fabricating inmates' medical records to cover up their mistakes and malpractices. Lying has become their second nature and first profession. To leave no paper trail, DOC nowadays often ignores inmates' complaints. Due to lack of proper diagnosis and treatment, Mr.Wang's cough or bronchitis has become chronic!

## V. EXHAUSTION OF LEGAL REMEDIES

23. As being pointed out, falsely accusing Mr. Wang of signing up for urgent care every week as the reason to deny medical care to his medical needs is clear evidence to prove that the nurses and medical clinic at CCI had committed deliberate indifference to Wang's serious medical needs(fixing a broken bone and treating acute bronchitis with chill, fever, and paoxysmal coughs are serious medical needs).

24. Mr. Wang had submitted "complaints" to the doctor and medical clinic, in addition to the signing up for urgent care. Every time in paper or in person Wang had repeatedly told the nurses about his medical needs. Filing for Administrative Remedies is useless because the damage had been done when it was the time to file administrative grievance. And the fact that medical clinic at CCI had denied medical care to Mr. Wang can NOT be repaired when the damage was done or when the diseases were cured by themselves.

25. In Rucker v. Giffen, 997 F. 3d 88(2d Cir. 2021), the Second Circuit Court of Appeals held that "administrative remedies are 'unavailable' when (1) an inmate's failure to file for

the administrative remedy within the time allowed results from a medical condition, and

(2) the administrative system does not accomodate the condition by allowing a reasonable

opportunity to file for administrative relief." More than 10 weeks, the bone has "healed" wrongly!

26. Short of staff or using nurses to do MD doctor's work is equivalent to lacking resources

and means to provide medical care to inmates. Mr. Wang has been left to treat his illnesses by himself.

27. Mr. Wang's "complaints" or "grievances" to Dr. Williams and medical clinic had NEVER been

unanswered. In fact, complaints about issues other than medical care nowadays have often

or always not been answered at CCI and even throughtout DOC. DOC has been making efforts

not to leave any paper trails about its abuses, negligences, and/or crimes. He'd filed the

Health Services Administrative Remedy(Exhibit B), but has received no response from CCI, except "retaliation".


## VI.   LEGAL CLAIMS

28. Plaintiff  re-alleges and incorporates by reference paragraph 1-27.

29. Defendants Quiros, Lamont, and Reis had failed to employ qualified medical staff to meet

inmates, including plaintiff's, medical needs.Lack of doctors and surgeons, CCI is not

in position to properly and adequately diagnose and treat inmates' medical conditions.

Inmates can only rely on DOC to treat their illness. Therefore, they had each and together

violated plaintiff's Eighth Amendment Right when Plaintiff's briken finger was left un-

treated for more than ten  weeks, and/or Wang had to take care of his broken bone himself

and had to use herb to treat his "acute bronchitis" with herb made by himself when medical

clinic had knowingly refused to see him because it is falsely alleged that he had signed

up or requested urgent care every week. Governor Lamont had budget surplus but he failed

to staff DOC adequately in order to save money for tax cut which benefits rich people

like himself and his wife.Commissioner and Warden are also responsible for CCI not answering "Complaints".

30. Nurses Ilene and EMMY had knowingly dismissed Wang's legitimate medical needs and deprived

him of medical care by falsely accusing him of signing up for medical care every week.

They had committed deliberate indifference to Wang's medical needs, which when left ne-

glected will result  in finger deformation or in acute bronchitis issue will develop into

pneumonia. They had violated Wang's Eighth Amendment Right. RN Ilene has also discriminated

against Wang in her practice  and has violated Wang's 14th Amendment Right.

31. Dr. Williams, as only doctor available at CCI, had deliberately been indifferent to Wang's medical needs. He had failed to address Wang's complaints or grievances sent to him. As supervising doctor, he is responsible for whatever violations the nurses had committed against plaintiff. He had failed to arrange orthopedic surgeon to fix Wang's broken bone. He had failed to carry out his job duty to plaintiff and had violated Wang's Eighth Amendment Right in person. Nurses can not prescribe antibiotics. Therefore, Dr. Williams had in fact committed deliberate indifference to inmates' medical needs on a daily basis by being unable to make himself available to attend each inmate coming to medical clinic.

32. Mr. Vicent Santavenere is nurses Ilene and Emmy's supervisor. He had failed to address Plaintiff's "complaints" or "grievances" sent to medical clinic and Dr. Williams. He is personally responsible for whatever violations nurses Ilene and Emmy had committed against plaintiff. He had violated Wang's Eighth Amendment Right. He knows nurses can not do doctor's jobs and there is not enough doctors at CCI. Therefore, he has persistently been deliberate indifferent to inmates' medical needs. Emmy and Ilene are incompetent and indifferent.


## VII. PRAYER FOR RELIEF


33. WHEREFORE, plaintiff respectfully prays that this court enters judgment granting plaintiff:

34. A declaration that the acts and omissions described herein violated palintiff's rights under the Constitution and laws of the United States.

35. Compensatory damages against each defendant, jointly and severally. Plaintiff respectfully asks the court to order each defendant to pay plaintiff $500,000.00

36. Punitive damages against each defendant.

37. A jury trial on all issues triable by jury.

38. Plaintiff's cost in this court.

39. Any additional relief this court deems just, proper, and equitable.


Dated: MAY 2 , 2023

Respectfully submitted,

Lishan Wang

Lishan Wang, #375805, Cheshire CI, 900 Highland Ave., Cheshire, CT 06410

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Cheshire CI, 900 Highland Avenue, Cheshire, CT 06410

on _May 2_____, 2023
    DATE

Signature: _Lishan Wang_

    Lishan Wang, Plaintiff

EXHIBIT     A

# AFFIDAVIT

I NATHAN DULL/253175 MOVED IN SDI-17 WITH INMATE WANG/375805 ON ABOUT 4/6/2. SINCE THEN I'VE HEARD WANG COUGH FREQUENTLY SOMETIMES GETTING MUCH WORSE AT NIGHT. I WAS CONCERNED ABOUT HIM. SOMETIMES ASKING HIM YOU 'OK'? I REMEMBERED HIM SIGNING UP FOR URGENT CARE LAST WEEK AND NO ONE CALLED FOR HIM. I SWEAR UNDER OATH THE ABOVE STATEMENTS ARE TRUE.

NATHAN DULL   4/14/23

EXHIBIT        B

Records about nurses refusing to give Wang medical tape:

1. On 04/17/23, Wang asked a Black female nurse(at about 6:58PM) for tape to take care of his broken finger(to stabilize the splinter). She said she didn't have any tape. COs Johnson(Black female) and Agosto(Spanish Male) were witnesses.

2. On 04/18/23, Wang asked another black female nurse for medical tape. She said she didn't have any tape. Wang had always showed them the broken finger to explain why he needed the tape.

3. On 04/20/23, Wang told nurse Brennan who came to his cell to hand out medicine that "Your colleagues did not want to give me tape." Brennan knew Wang's History of boken bone, and Wang was left to take care of it by himself. Brennan had seen Wang on 04/14 /23 when Wang was "arguing" with nurses EMMY and Ilene. Wang mentioned to Her that on 04/14/23 her colleague(EMMY) refused to believe Wang had cough and might have bronchitis.

4. On 04/21/23 afternoon at about 12:20PM(Friday), Wang asked a light skin(or Spanish) nurse (female) for tape. She said she didn't have tape and recommended Wang going to medical clinic to get tape. CO McLean told Wang that he could give Wang a pass to go to the clinic. Wang said nurses got upset when he went to the Medical for tape. CO McLean asked, "Who got upset?" Wang told McLean, "Nurse Ilene." The nurse standing next CO McLean said immediately, "I'll get upset, too." This nurse had at the beginning questioned Wang where Wang got the splinter on his finger and recommended Wang to use regular tape in CO's "Bubble drawer". She said, "Tape is tape." Wang said he had no problem as long as it will not be considered as "contraban". CO didn't give Wang the regular tape.



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

---

☒ Facility/Unit: Cheshire C.I.    Date: April 17, 2023

Inmate Name: WANG, LISHAN    Inmate Number: 375805

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☒ Diagnosis/ Treatment    ☒ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution).

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
   a. a final response has already been provided;
   b. there has been no change in any circumstances that would affect the response; and
   c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT.

① About nine (9) weeks ago, my little finger on the left hand had bone fracture. Dr. Williams said (both verbal in the first week and in writing on about 2nd week) that in-house surgeon will fix or set the broken bone. It has NEVER happened for surgeon to see me or send me to hospital. I'd written at least twice to Dr. Williams and medical clinic. No one even answered my concern about setting bone being delayed for too too long. I'd also complained about NOT calling me when I was sick. RN Irene said I signed up ⓧⓧ

② I have to take care of the broken bone myself. The splinter was too small. I needed medical tapes to stabilize it. I signed up for urgent care. It happened medical clinic often didn't call me. Nurse Irene asked me to get the tapes from the nurses coming to my housing block. They either gave little or said no tapes.

③ In the week of April 3-7, 2023, I'd bronchitis. I signed up for urgent care. No one called me



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: *Andrew Wrenn* | Date: *April 17, 2023* |
|---|---|

**Deposit the completed form in the <u>Health Services Administrative Remedies box</u>**

**Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below**

| Date Received: | HSAR# |
|---|---|
| Disposition: | Date: |

**Reason:** Staff responses must be printed or typed. Language must address both the problem and requested solution

## Health Services Administrative Remedy Decision

| ☐   This decision is not subject to further appeal | ☐   This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print: | Title: |
| Signature: | Date: |



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: WANG, Lishan

Inmate number: 375805

Facility/Unit: CCI

Housing unit: SBI-17

Date: April 10, 2023

Submitted to: Dr. Williams/ Medical Clinic

Request:

① the broken finger needs to be fixed. It has been 8 weeks now, getting a little too late. Besides, it is swollen with discolored skin.

② this past week (probably started from Tuesday) I'd very bad cough, with chill, and sputum. I guess I probably had fever because I sweated at night after the chill. It could be "bronchitis". I'd signed up for urgent care, but no one call me! Please call me! Thanks

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

19/24

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: WANG, Lishan

Inmate number: 375805

Facility/Unit: Cheshire CI

Housing unit: SB1 — 17

Date: March 18, 2023

Submitted to: Medical Clinic / Dr. Williams

Request: Need Immediate Care for Broken Finger

① It has been three weeks since the little finger was broken. I think it needs to be fixed (with cast or plaster, etc.)

② the temporary fixture had caused skin discolored and crack. I'd to remove the tapes (Tapes are run out, too!). I'd shown the skin wound to the nurses on this past Saturday. They said they would call me to the clinic, but didn't. the finger is crooked again. Please do something ASAP!

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

20/24



# Inmate Request Form
## Connecticut Department of Correction

P. 1



CN 9601
REV 1/31/09

➤ No Name, No Number, No Cell Location,
No Date, No Submitted to = NO SERVICE

| | | | |
|---|---|---|---|
| Inmate name: WANG, LISHAN | | Inmate number: 375805 | |
| Facility/Unit: CHESHIRE C.I. | Housing unit: SB1—17 | Date: January 10, 2023 | |
| Submitted to: E-Filing Counselor Shelton | | | |

Request:

Need E-Filing Notice.

Recently (last 4-5 months) I've often failed to receive Notice of Electronic Filing from U.S. Court (which DOC should have printed out for me, but didn't.) Could you print a Docket sheets for me about Case# 3:21-cv-01133-JAM, & Case# 3:17-cv-0586-JAM?

continue on back if necessary

Previous action taken:

NOTICE TO U.S. COURT: This is an example to prove
that inmates' complaints to
CCI or DOC always ended up unanswered!

C.C
Shelton

continue on back if necessary

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

continue on back if necessary

| Staff signature: | Date: |
|---|---|

➤ No Name, Number, Cell Location, Date, Submitted to = NO SERVICE

EXHIBIT        C



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Wang, Lishan

Inmate number: 375805

Facility/Unit: Cheshire CI

Housing unit: SB1—17

Date: April 27, 2023

Submitted to: Warden Reis / Dr. Williams / Medical Clinic

Request: **GRIEVANCE**

① On April 26, 2023, I was sent to UConn. Hospital for nothing. It is expensive (Tax-payers' money) to send a prisoner to a good hospital for nothing.

② I was supposed to have colon cancer screening. Based on Dr. Williams, I was signed up for ColonGuard, which does NOT require me to go to UConn Hospital in person. On 4/24/2023, when I was asked to sign the transportation form, I'd pointed it out to the gentleman, but he didn't listen. On 4/25/23, I'd pointed it out again to nurse "DEB". She confirmed I did NOT have to go to UConn and she was to come to my cell next day for stool sample. At midnight (early 4/26/23), I told CO at my housing unit that there must be some mistake to have me going to UConn.

*continue on back if necessary*

Previous action taken: He did NOT know what to do. At about 4:00AM—4:30AM 4/26/23, I was sent to A/P Room for going to UConn. I kept reminding COs of the mistake. One called Medical Clinic, but of no use!

③ I'd filed a few complaints/Grievance about medical clinic NOT taking care of my illnesses in past several weeks. NO Responses!

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature: Page 23/24

Date:

CERTIFICATION

I hereby certify that on *May 2*, 2023, a copy of
the foregoing has been sent via U.S. mail and/or E-filing system to:


1. Robin  D. TABORA
   Office of the Clerk
   U.S. District Court
   450  Main  Street
   Hartford,  CT  06103


2. Atty. Mary K. Lenehan
   Assistant Attorney General
   Office of the Attorney General
   55  Elm  Street
   P. O. Box  120
   Hartford,  CT  06141-0120


LISHAN WANG, Plaintiff
#375805
Cheshire Correctional Institute
900  Highland Avenue
Cheshire,  CT  06410